IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CARLOS CABRALES, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Cabrales' sentencing before the undersigned United States district judge is rescheduled to 12:00 noon on Monday, July 18, 2005, in Courtroom No. 1, Robert V. Denney Federal Building and Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 11, 2005.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge