IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:04CR3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| | ) | |
| CARLOS CABRALES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application and good cause having been shown, it is hereby Ordered that the Objection to Presentence Report, Docket Number 44, be sealed.

August 1, 2005.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Court Judge

prepared by:
John Stevens Berry, #10301
Attorney at Law
2650 North 48th Street
Lincoln, NE 68504